UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>ANANDA CHURCH OF SELF-REALIZATION OF NEVADA COUNTY and DOES 1 through 25,<br><br>    Defendants. | No.  2:14-cv-465-WBS-EFB<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations by counsel for the parties at a Settlement Conference conducted in chambers on October 9, 2014, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than November 10, 2014.

All hearing dates heretofore set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED

DATED:  October 9, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE