Clayeo C. Arnold, SBN 65070
Christine M. Doyle, SBN 106865
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: cdoyle@justice4you.com

Anthony J. Poidmore, Esq., SBN 51346
**LAW OFFICES OF ANTHONY J. POIDMORE**
A Professional Law Corporation
1520 Eureka Road, Suite 101
Roseville, CA 95661
Telephone: (916) 787-1290
Facsimile: (916) 787-1293

Attorneys for Plaintiff, William Scott

**UNITES STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM SCOTT**, | Case No.:  **2:14-cv-00465-WBS-EFB** |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL** |
| vs. | |
| **ANANDA CHURCH OF SELF REALIZATION OF NEVADA COUNTY AND DOES 1 THROUGH 25**; | |
| Defendants. | |

IT IS HEREBYSTIPULATED by the parties, Plaintiff WILLIAM SCOTT and Defendant ANANDA CHURCH OF SELF REALIZATION OF NEVADA COUNTY AND DOES 1 THROUGH 25, by and through their counsel of record, that this Court enter a dismissal of Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own fees and costs.

Respectfully submitted,

DATED: November 6, 2014    **LAW OFFICES OF ANTHONY J. POIDMORE**
**A Professional Law Corporation**

By: ___/s/ Anthony J. Poidmore_____
ANTHONY J. POIDMORE
Attorney for Plaintiff WILLIAM SCOTT

DATED: November 6, 2014    **JON R. PARSONS LAW FIRM**

By: __/s/ Jon R. Parsons_____
JON R. PARSONS
Attorney for Defendant ANANDA CHURCH

### **ORDER**

Pursuant to stipulation by the parties, the parties' joint stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41, with each party to bear its own fees and costs. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: November 7, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE